# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

REPLY TO:   Camden

September 12, 2024

U.S.D.C
United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001
Room 1225

**Re: U.S.A. -v- David Walker**
**Our Docket No. 24-mj-4045 (MJS)**
**Your Docket No. 24-mj-283**

Dear Clerk:

   Please be advised that an Initial Appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

                         Sincerely,

                         MELISSA E. RHOADS, Clerk


                         By:     s/Ryan Sanders
                                   Deputy Clerk



**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
David Walker

Defendant

)
)
)
)
)
)
)

Case: 1:24-mj-00283
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 9/6/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* David Walker

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

David Walker:
18 U.S.C. § 2111- Federal Robbery;
18 U.S.C. §113(a)(2) - Assault with the intent to commit any felony;
18 U.S.C. § 113(a)(4) - Assault by striking, beating, and wounding;
18 U.S.C. § 1752(a)(1) - Enter and remaining in a restricted building or grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in physical violence in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of violence in the Capitol grounds or buildings;
40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/06/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge

---

**Return**

This warrant was received on *(date)* 9/6/2024, and the person was arrested on *(date)* 9/12/2024
at *(city and state)* Philadelphia, PA

Date: 9/13/2024

*Arresting officer's signature*

SA John A McKaley
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** September 12, 2024

**JUDGE MATTHEW J. SKAHILL, U.S.M.J.**

**COURT REPORTER:** Electronic Court Recorder

**OTHER**: Gianmarco Rossi, U.S. Pretrial Services

**TITLE OF CASE:**  **DOCKET NO. 24-mj-4055 (MJS)**
UNITED STATES OF AMERICA
v.
DAVID WALKER

**DEFENDANT PRESENT**

**APPEARANCES:**
Vera Varshavsky, AUSA for Government
Ikram Ally, AFPD for Defendant

**NATURE OF PROCEEDINGS:**  Rule 5 - Initial Appearance
Defendant advised of rights, charges and penalties.
Hearing on defendant's application for the appointment of counsel.
Financial affidavit executed on the record.
Ordered application granted. Ikram Ally, AFPD appointed counsel for defendant.
Defendant waives formal reading of Indictment.
Defendant waives Identity and Preliminary Hearings.
Order re: Rule5(f) read into the record.
Government consents to conditions of release.
Ordered bail to be set at $50,000.00 unsecured appearance bond with conditions.
Ordered defendant to appear at U.S.D.C. District of Columbia on 9/19/2024 at 12:30 p.m. by Zoom.
Order Setting Conditions of Release to be entered.
Ordered defendant released after processing.

*s/Ryan Sanders*
**DEPUTY CLERK**

**TIME COMMENCED:** 12:19 p.m.   **TIME ADJOURNED:** 12:34 p.m.
**TOTAL TIME:** 15 minutes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag No. 24-4055 (MJS) |
| v. | ORDER |
| DAVID WALKER, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this __12__ day of __September__, 2023, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Hon. Matthew J. Skahill
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

United States of America )
v. ) Case No. 24-4055 (MJS)
)
DAVID WALKER ) Charging District's Case No. 24-mj-283
*Defendant* )

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* U.S. District Court for District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/12/2024

*Defendant's signature*

*Signature of defendant's attorney*

Ikram Ally
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                    Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

United States of America )
v. )
) Case No. 24-mj-4055 (MJS)
DAVID WALKER )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: *United States District Court for the District of Columbia By Zoom*
_____
                                                   *Place*

on *Sept. 19, 2024 at 12:30 p.m.*
_____
                                                *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                    Custodian                    Date

( ) (7) The defendant must:
(✓) (a) submit to supervision by and report for supervision to the **Pretrial Services**,
        telephone number _____, no later than _____.
( ) (b) continue or actively seek employment.
( ) (c) continue or start an education program.
(✓) (d) surrender any passport to: **Pretrial Services within 24 hours**
(✓) (e) not obtain a passport or other international travel document.
(✓) (f) abide by the following restrictions on personal association, residence, or travel: **Travel restricted to continental U.S. Def. must advise Pretrial Services in advance of any travel within the U.S. outside of N.J.**
(✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
        including: **Defendant may have contact with Philip Walker but is not permitted to discuss the case with Philip Walker, unless in presence of counsel.**
( ) (h) get medical or psychiatric treatment: _____
( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(✓) (k) not possess a firearm, destructive device, or other weapon.
( ) (l) not use alcohol ( ) at all ( ) excessively.
(✓) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(✓) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
    ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
    ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
    **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii) Voice Recognition; or
  ( ☐ ) (iii) Radio Frequency; or
  ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t) Defendant must stay out of the District of Columbia unless for court, pretrial, or consultation with attorney. No travel out of the U.S. without Court approval.

AO 199C  (Rev. 09/08)  Advice of Penalties                                                        Page  4  of  4  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Delrom, NJ
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  9/12/2024

_____
*Judicial Officer's Signature*

Matthew J. Skahill, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 22-mj-4055 (MJS) |
| DAVID WALKER ) | |
| ) | |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____DAVID WALKER_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )   to appear for court proceedings;
    ( X )   if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $  50,000.00  .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 09/12/2024

_____
*Defendant's signature*

_____          _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____          _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

CLERK OF COURT

Date: 09/12/2024

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 09/12/2024

_____
*Judge's signature*

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
### CRIMINAL DOCKET FOR CASE #: 1:24-mj-04055-MJS-1

Case title: USA v. WALKER

Date Filed: 09/12/2024

Date Terminated: 09/12/2024

Assigned to: Magistrate Judge Matthew J. Skahill

**Defendant (1)**

DAVID WALKER
*TERMINATED: 09/12/2024*

represented by IKRAM JONATHAN ALLY
FEDERAL PUBLIC DEFENDER
DISTRICT OF NEW JERSEY
800-840 COOPER STREET
SUITE 350
CAMDEN, NJ 08102
609-571-7333
Email: ikram_ally@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.(a)(1) --ENTER AND REMAINING IN A RESTRICTED BUILDING OR GROUNDS | |

**Plaintiff**

**USA**     represented by     **VERA VARSHAVSKY**
US ATTORNEYS OFFICE
DISTRICT OF NEW JERSEY
970 BROAD STREET
7TH FLOOR
NEWARK, NJ 07102
Email: vera.varshavsky@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2024 | | Arrest (Rule 5) of DAVID WALKER (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 1 | Rule 5 Documents Received as to DAVID WALKER (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 2 | Minute Entry for proceedings held before Magistrate Judge Matthew J. Skahill:Initial Appearance in Rule 5 Proceedings as to DAVID WALKER held on 9/12/2024. Defendant advised of rights, charges and penalties. Hearing on defendant's application for the appointment of counsel. Financial affidavit executed on the record. Ordered application granted. Ikram Ally, AFPD appointed counsel for defendant. Defendant waives formal reading of Indictment. Defendant waives Identity and Preliminary Hearings. Order re: Rule5(f) read into the record. Government consents to conditions of release. Ordered bail to be set at $50,000.00 unsecured appearance bond with conditions. Ordered defendant to appear at U.S.D.C. District of Columbia on 9/19/2024 at 12:30 p.m. by Zoom. Order Setting Conditions of Release to be entered. Ordered defendant released after processing. (Court Reporter/Recorder ECR.) (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to DAVID WALKER. IKRAM JONATHAN ALLY for DAVID WALKER appointed. Signed by Magistrate Judge Matthew J. Skahill on 9/12/2024. (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 5 | BRADY ORDER as to DAVID WALKER. Signed by Magistrate Judge Matthew J. Skahill on 9/12/2024. (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 6 | WAIVER of Rule 5 Hearings by DAVID WALKER (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 7 | UNSECURED Appearance Bond Entered as to DAVID WALKER (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 8 | ORDER Setting Conditions of Release as to DAVID WALKER (1) $50,000.00 (Finance notified). Signed by Magistrate Judge Matthew J. Skahill on 9/12/2024. (rss, ) (Entered: 09/12/2024) |
| 09/12/2024 | 9 | Transfer Letter sent to U.S.D.C for the District of Columbia re: DAVID WALKER (rss, ) (Entered: 09/12/2024) |